UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIS KYLE, JR., : | |
|     Petitioner : | CIVIL ACTION NO. 3:06-0948 |
| : | |
| v. : | (JUDGE VANASKIE) |
| : | |
| CAMERON LINDSAY, : | |
|     Respondent : | |

# ORDER

NOW, THIS 10th DAY OF OCTOBER, 2008, having carefully considered the August 12, 2008 Report and Recommendation of Magistrate Judge Malachy E. Mannion, proposing denial of the habeas corpus petition challenging an adverse parole decision; and

observing that Petitioner has not objected to the proposed disposition of this matter; and

finding that review may properly be limited to determining whether the Report and Recommendation contains clear error that not only affects the outcome of this proceeding, but also substantially adversely affects the integrity, fairness and public reputation of official proceedings, see Cruz v. Chater, 990 F.Supp. 375, 377 M.D. Pa. 1998); and

discerning no such error in Magistrate Judge Mannion's thorough analysis, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation of Magistrate Judge Mannion (Dkt. Entry 19) is ADOPTED.

2. The Petition for a writ of habeas corpus is DENIED.

3. The Clerk of Court is directed to mark this matter CLOSED.

                                                <u>s/ Thomas I. Vanaskie</u>
                                                Thomas I. Vanaskie
                                                United States District Judge